No. 01–72. INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS ET AL. *v.* UNITED AIRLINES, INC. C. A. 7th Cir. Certiorari denied.

No. 01–73. ESCOBAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–74. ALMETER ET AL. *v.* VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va. Certiorari denied.

No. 01–76. HAHN AUTOMOTIVE CORP., DBA AUTOWORKS, INC. *v.* TAKACS ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–78. KIRBY MCINERNEY & SQUIRE, LLP, ET AL. *v.* JOANNE A. ABOFF FAMILY TRUST. C. A. 3d Cir. Certiorari denied.

No. 01–79. CARTER *v.* SUN LIFE OF CANADA ET AL. Ct. App. Ind. Certiorari denied.

No. 01–80. BRYANT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–81. RYAN ET AL. *v.* JOHNSON ET AL. Sup. Ct. N. J. Certiorari denied.

No. 01–82. SCOTT *v.* SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 01–84. SWAB *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–85. RIVERS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HARRIS, DECEASED, ET AL. *v.* WOOD COUNTY ET AL. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 01–87. NEBRASKA *v.* CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 01–89. BROUGH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.